UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEANNA L. RODRIGUEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1512** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "I" (3)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 13) and finding that the plaintiff's objections (Rec. Doc. No. 19) lack merit for the reasons set forth in the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Rec. Doc. No. 11) be **DENIED**, the Commissioner's cross-motion (Rec. Doc. No. 12) be **GRANTED**, and Plaintiff's case be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of September, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**LANCE M. AFRICK**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**